UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTBOOST, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERVE GROUP EUROPE GMBH,<br><br>    Defendant. | Case No. 25-cv-09820-TSH<br><br>**ORDER GRANTING MOTION FOR (1) AUTHORIZATION TO SERVE PROCESS ON DEFENDANT'S U.S. COUNSEL AND (2) APPOINTMENT OF A SPECIAL PROCESS SERVER**<br><br>Re: Dkt. No. 9 |

Plaintiff Chartboost, LLC has moved for an order (1) authorizing service on Defendant Verve Group Europe GmbH through its U.S.-based counsel in another action currently pending in this District, *see* Fed. R. Civ. P. 4(f)(3), (h)(2); and (2) appointing a special process server to serve process on Defendant pursuant to the Hague Convention, *see* Fed. R. Civ. P. 4(c)(3), (f)(1), (h)(2). ECF No. 9. No opposition has been filed. Having considered the motion and all papers submitted in connection therewith, the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that Plaintiff is authorized to serve process on Defendant by (i) sending a copy of the summons and complaint to the email addresses listed for Defendant's five attorneys in *Woods v. Verve Group, Inc.*, No. 5:24-cv-04909-PCP (N.D. Cal.) (*see, e.g.*, *id.* ECF No. 50) and (ii) sending a copy of the summons and complaint to Defendant's lead counsel, Davis+Gilbert LLP, by certified mail or an overnight delivery service such as FedEx. Service shall be complete upon transmission of the summons and complaint in accordance with the aforementioned directives. Plaintiff shall also serve the other documents required by this Court's rules and orders at the same time and by the same means as the summons and complaint.

**IT IS FURTHER ORDERED** that Ancillary Legal Corporation and its agents, including Emily Lustenberger, are specially appointed, authorized, and directed to prepare and deliver the

treaty transmittal documents necessary to accompany the Summons in a Civil Action; Complaint for Breach of Contract and Account Stated; ECF Registration Information; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Plaintiff Chartboost LLC's Notice of Pendency of Other Action; Exhibit A; Standing Order for All Judges of the Northern District of California; Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Order Setting Initial Case Management Conference and ADR Deadlines, and other necessary documents and the translations of these documents for service on Defendant, in Germany to the appropriate Central Authority pursuant to the Hague Convention (*The Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 UST 362*), should Plaintiff choose to effect such service in addition to, or in lieu of, the other means authorized by this Order.

**IT IS SO ORDERED.**

Dated: December 19, 2025

THOMAS S. HIXSON
United States Magistrate Judge